**PFIZER INC., Pharmacia & Upjohn Company, Pharmacia & Upjohn Company LLC, Sugen, Inc., C.P. Pharmaceuticals International C.V., Pfizer Pharmaceuticals LLC, PF Prism C.V., Plaintiffs–Appellees**

v.

**MYLAN PHARMACEUTICALS INC., Defendant–Appellant.**

**No. 2015–1131.**

United States Court of Appeals, Federal Circuit.

Jan. 13, 2016.

Thomas H.L. Selby, Williams & Connolly LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by Stanley E. Fisher, Jessamyn Sheli Berniker, Sara Kaiser Creighton.

Douglas H. Carsten, Wilson, Sonsini, Goodrich & Rosati, PC, San Diego, CA, argued for defendant-appellant. Also represented by Peter Soo Kang; Katherine Hasper, Palo Alto, CA; Robert Delafield, Austin, TX.

DYK, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

**Ordered and Adjudged:**

**AFFIRMED.** *See* **Fed. Cir. R. 36.**